USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/19



# Akin Gump
STRAUSS HAUER & FELD LLP

**BRIAN T. CARNEY**
+1 212.872.8156/fax: +1 212.872.1002
bcarney@akingump.com

November 13, 2019

VIA ELECTRONIC COURT FILING

The Honorable Barbara Moses
Magistrate Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *S.G., et al. v. Success Acad. Charter Sch., Inc., et al.*, No. 18-cv-02484

Dear Magistrate Judge Moses:

We represent the plaintiffs in the above-captioned matter. We write with the consent of all parties in the above-captioned matter to request an adjournment of the settlement conference currently scheduled with Your Honor on November 21, 2019. The parties made one previous request for adjournment on June 28, 2019, which the Court granted on July 1, 2019. The parties request this adjournment because they have reached a tentative settlement agreement and require additional time to finalize the terms of the agreement.

For this reason, the parties request jointly that the Court adjourn the November 21, 2019 settlement conference and reschedule the settlement conference either for January 16, 2020 or for January 23, 2020.

> Application GRANTED. The settlement conference scheduled for November 21, 2019 is ADJOURNED to **January 16, 2020, at 2:15 p.m**. All other provisions of the Court's Order Scheduling Settlement Conference (Dkt. No. 86) remain in effect.
> SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> November 14, 2019



The Honorable Barbara Moses
November 13, 2019
Page 2

Respectfully submitted,

AKIN GUMP STRAUSS HAUER　　　　BRONX LEGAL SERVICES
& FELD LLP

*/s/ Brian T. Carney*　　　　　　　　　*/s/ Nelson Mar*
Brian T. Carney　　　　　　　　　　　Nelson Mar
Anne M. Evans　　　　　　　　　　　Christopher Lamb
David C. Bethea　　　　　　　　　　　Nanette Schorr
Patrick J. Glackin　　　　　　　　　　349 East 149th Street
One Bryant Park　　　　　　　　　　　Bronx, NY 10451
New York, NY 10036　　　　　　　　　Tel: (718) 928-3756
Tel: (212) 872-1000　　　　　　　　　Fax: (718) 401-7097
Fax: (212) 872-1002　　　　　　　　　nmar@lysnc.org
bcarney@akingump.com　　　　　　　clamb@lsny.org
aevans@akingump.com　　　　　　　　nschorr@lsnybronx.org
dbethea@akingump.com
pglackin@akingump.com

*Attorneys for Plaintiffs*